# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APELU L. TITO,<br><br>            Plaintiff,<br><br>     v.<br><br>WESTLAKE FINANCIAL SERVICES, LLC,<br><br>            Defendant. | Case No.  1:20-cv-01262-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 6)<br><br>FORTY-FIVE DAY DEADLINE |

On November 5, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:    **November 6, 2020**

                                                                    UNITED STATES MAGISTRATE JUDGE

1